485 A.2d 1086

**Trevor EDWARDS and William G. Dade, Appellants,**

**v.**

**The PENNSYLVANIA HOUSING FINANCE AGENCY, Jay C. Waldman, General Counsel, Office of General Counsel, and Richard L. Thornburgh, Governor of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1984.

Decided Dec. 14, 1984.

Reargument Denied July 10, 1985.

Melville G.M. Walwyn, William G. Dade, Harrisburg, for appellant.

Jay C. Waldman, General Counsel, Harrisburg, James J. Kutz, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM

Order affirmed.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the Order of the Commonwealth Court is affirmed.